# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| GEORGE W KIMBLE and PATRICIA J ANDERSON KIMBLE, | No. 4:09-bk-33058-JMM |
| Debtors. | Adversary No. 4:11-ap-00344-JMM |
| DONNA KIMBLE, | **MEMORANDUM DECISION** |
| Plaintiff, | **(Re: Motion for Summary Judgment)** |
| vs. | |
| GEORGE W KIMBLE and PATRICIA J ANDERSON KIMBLE, | |
| Defendants. | |

On September 23, 2011, this court issued its supplemental briefing Memorandum Decision, asking the parties to comment, within ten days, on the questions posed by the court. That time period ended October 3, 2011.

Today, on October 4, 2011, only the Plaintiff's brief has been filed. The Debtors have not responded to the court's inquiries. Having read Plaintiff's additional brief, and after conducting its own research, the court has been persuaded that Plaintiff's legal position is correct. Accordingly,

IT IS ORDERED GRANTING Plaintiff's motion for summary judgment, on all points (ECF No. 15); and

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that Plaintiff's counsel lodge a form of judgment within |
| 2 | ten days. Once judgment is entered on the docket, any aggrieved party shall have 14 days within |
| 3 | which to appeal. FED. R. BANKR. P. 8002. |
| 4 | |
| 5 | DATED AND SIGNED ABOVE. |
| 6 | |
| 7 | |
| 8 | To be NOTICED by the BNC ("Bankruptcy Noticing Center") to |
| 9 | All parties to this adversary proceeding |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

Case 4:11-ap-00344-EWH    Doc 36    Filed 10/04/11    Entered 10/05/11 07:12:44    Desc
Main Document - Motion for Summary Judgment    Page 2 of 2